Robert C. Weiss (State Bar No. 39929)
robertweiss@rcwlaw.com
Law Offices of Robert C. Weiss
3770 Highland Avenue, Suite 203
Manhattan Beach, CA 90266
Telephone: (310) 545-9854
Facsimile: (310) 545-9853

Michael L. Meeks (State Bar No: 172000)
mmeeks@buchalter.com
Carol A. Dwyer (State Bar No. 239769)
cdwyer@buchalter.com
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff
COMPULINK MANAGEMENT CENTER, INC, dba LASERFICHE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPULINK MANAGEMENT CENTER, INC., dba LASERFICHE a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., a Delaware Corporation; SAP AG, a German business entity; SAP Global Marketing Inc., a Delaware corporation; and Does 1 through 10;<br><br>Defendants. | Case No. CV10-7843-JFW (Ex)<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION FOR PROTECTIVE ORDER** |

1  The Court, having considered the joint Stipulation for Protective Order by
2  Plaintiff Compulink Management Center, Inc. dba Laserfiche and Defendants SAP
3  America, Inc. and SAP Global Marketing, Inc. hereby enters the Protective Order
4  pursuant to the Stipulation.
5  **IT IS SO ORDERED.**

7  DATED: 4/6/11                    _____
8                                    HONORABLE CHARLES F. EICK
9                                    UNITED STATES MAGISTRATE JUDGE