Robert C. Weiss (State Bar No. 39929)
robertweiss@rcwlaw.com
Law Offices of Robert C. Weiss
3770 Highland Avenue, Suite 203
Manhattan Beach, CA  90266

Ted Maceiko (State Bar No. 150211)
ted@maceikoip.com
Maceiko IP
3770 Highland Ave., Suite 207
Manhattan Beach, CA 90266
Tel: 310-545-3311
Fax: 310-545-3344


Michael L. Meeks (State Bar No: 172000)
Carol A. Dwyer (State Bar No. 239769)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email:  mmeeks@buchalter.com
Email:  cdwyer@buchalter.com


Attorneys for Plaintiff and Counterdefendant
COMPULINK MANAGEMENT CENTER,
INC, dba LASERFICHE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPULINK MANAGEMENT CENTER, INC., dba LASERFICHE a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SAP AMERICA, INC., a Delaware Corporation; SAP AG, a German business entity; SAP Global Marketing Inc., a Delaware corporation; and Does 1 through 10;<br><br>            Defendants. | Case No. CV10-7843-JFW (Ex)<br><br>**PLAINTIFF'S WITNESS LIST** |

BN 9709559v1

AND RELATED COUNTERCLAIM

Plaintiff Compulink Management Center, Inc. dba Laserfiche ("Plaintiff" or "Compulink") hereby provides and discloses the following information required by Federal Rules of Civil Procedure Rule 26(a)(3)(A)(i) and (ii) as to witnesses, including expert witnesses, to be called at trial other than those contemplated to be used solely for impeachment. Compulink's witness list is preliminary and Compulink reserves its right to add or otherwise amend the witness list for at least for the following reasons.

SAP has failed to complete its document production despite having been served with Compulink's First Set of Requests for Production on January 18, 2011 and despite being ordered by the Court on May 27, 2011 to complete its production by June 10, 2011. Until SAP's document production is complete, Compulink is unable to fully determine which witnesses may be called at trial.

Certain documents produced by SAP have been corrupted and/or otherwise inaccessible. This has prevented Compulink from fully determining which witnesses may be called at trial.

SAP further produced 34,208 pages of documents on August 1 and August 8 and Compulink has not yet had the opportunity to fully review them. Ogilvy & Mather also recently produced over 5,000 pages of documents and Compulink has not yet had the opportunity to fully review them. Compulink may identify additional witnesses or otherwise amend this witness list when its review of these documents has been completed.

Siegel & Gale has also been subpoenaed in this action to produce documents, but to date, Compulink has not received any such documents. Compulink may identify additional witnesses or otherwise amend this witness list when it has received and reviewed any documents produced by Siegel & Gale.

In view of the foregoing, Compulink hereby reserves its right to add or

otherwise amend this witness list.

      1. Nien-Ling Wacker, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      2. Chris Wacker, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      3. Tom Wayman, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      4. Melissa Henley, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      5. Kimberly Samuelson, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      6. Hank Eisner, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      7. Karl Chan, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      8. Charles Suzara, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      9. Kurt Rapelje, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

10.  Alex Wilson, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

11.  Tala Baltazar, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

12.  Jereb Cheatham, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

13.  Brian LaPointe, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

14.  Stephen Hall, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

15.  Stephen Weinberg, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

16.  Laura Victoria, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

17.  Pierre Page, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

18.  Jerry Bengston, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

1        19.    Vicki Bienski, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      20.    Travis Ho, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      21.    Sean Tang, Compulink, 3545 Long Beach Blvd., Long Beach, CA 90807, who may be contacted through counsel identified in the caption page.

      22.    Dan Baker, City of Lynwood, 11330 Bullis Rd., Lynwood, CA 90262.

      23.    Cody Bettis, DocuNav Solutions, 5048 Tennyson Pkwy, Suite 110, Plano, Texas.

      25.    Bob Foster, City of Long Beach, 333 West Ocean, 14th Floor, Long Beach, CA 90802

      26.    Gary DeLong, City of Long Beach, 333 West Ocean, 14th Floor, Long Beach, CA 90802

      27.    Laura Richardson, 100 W. Broadway West Tower, Suite 600, Long Beach, CA 90802

      28.    Rae Gabelich, 333 W. Ocean, 14th Floor, Long Beach, CA 90892

      29.    Randy Gordon, Long Beach Chamber of Commerce, One World Trade Center, Suite 206, Long Beach, CA 90831

      30.    Rosalind Collins, P.O. Box, 9031, Charlottesville, VA 22906

31. Amy Johnson, County of Hanover, 7497 County Complex Rd., Hanover, VA 23069

32. J.C. Abusaid, Halbert Hargrove Investment Council, 111 W. Ocean Bl., 23rd Fl., Long Beach, CA 23069

33. Jim McDonnell, Long Beach Police Department, 400 W. Broadway, Long Beach, CA 90802

34. Don Knabe, County of Los Angeles

35. John Stafford, Long Beach Police Department, 400 W. Broadway, Long Beach, CA 90802

36. Nina Bullock, Durham County, 200 E. Main, 5th Fl., NC 27701

37. Shirley Lee, LA County Office of Education, 10100 Poineer Bl., Santa Fe Springs, CA 90670

38. Gerardo Munoz, DL Evans Bank, 222 Main Ave., South, Twin Falls, ID 83301

39. Julius Baldueza, Transamerica.

40. Amy Flourry, Rehmann Investment Counsel, 5800 Gradiot Rd., Suite 201, Saginaw MI 48638

41. Anne Greenfield, former Compulink employee, Chicago, IL, who may be contacted through counsel identified in the caption page.

42. Mary Tuck, 3100 Ocean Park Blvd, Santa Monica, CA 90405, who may be contacted through counsel identified in the caption page.

43. Dr. John J. Burnett, 8316 Clairemont Mesa Blvd., Suite 204,

| | |
|---|---|
| 1 | San Diego, CA 92111, 858-538-1533, who may be contacted through counsel |
| 2 | identified in the caption page. |
| 3 | |
| 4 | 44. Fernando Torres, 8316 Clairemont Mesa Blvd., Suite 204, San Diego, CA 92111, 858-538-1533, who may be contacted through counsel identified in the caption page. |
| 5 | |
| 6 | |
| 7 | 45. Michael Shubra, employee of Defendants, by deposition. |
| 8 | 46. Stephanie Buscemi, employee of Defendants, by deposition. |
| 9 | |
| 10 | 47. Steve Lucas, employee of Defendants, by deposition. |
| 11 | 48. Jack Chawla, employee of Defendants, by deposition. |
| 12 | |
| 13 | 49. Andrew Cabanski-Dunning, employee of Defendants, by deposition. |
| 14 | |
| 15 | 50. Constanza Castelnuovo-Tedesco, employee of Defendants, by deposition. |
| 16 | |
| 17 | |
| 18 | 51. SAP Global Marketing, Inc., by deposition. |
| 19 | 52. Ogilvy and Mather, by deposition. |
| 20 | |
| 21 | 53. Siegel and Gale |

| | |
|---|---|
| 1    Dated:  August 12, 2011 | LAW OFFICES OF ROBERT C. WEISS |
| 2 | |
| 3 | MACEIKO IP |
| 4 | BUCHALTER NEMER |
| 5 | A Professional Corporation |

By: /s/ Carol A. Dwyer
   CAROL A. DWYER
   Attorneys for Plaintiff and
   Counterdefendant COMPULINK
   MANAGEMENT CENTER, INC. dba
   LASERFICHE