1    Robert C. Weiss (State Bar No. 39929)
     robertweiss@rcwlaw.com
2    Law Offices of Robert C. Weiss
     3770 Highland Avenue, Suite 203
3    Manhattan Beach, CA 90266

4    Ted Maceiko (State Bar No. 150211)
     ted@maceikoip.com
5    Maceiko IP
     3770 Highland Ave., Suite 207
6    Manhattan Beach, CA 90266
     Tel: 310-545-3311
7    Fax: 310-545-3344

8    Michael L. Meeks (State Bar No: 172000)
     Carol A. Dwyer (State Bar No. 239769)
9    BUCHALTER NEMER
     A Professional Corporation
10   18400 Von Karman Avenue, Suite 800
     Irvine, CA 92612-0514
11   Telephone: (949) 760-1121
     Facsimile: (949) 720-0182
12   Email: mmeeks@buchalter.com
     Email: cdwyer@buchalter.com

Attorneys for Plaintiff and Counterdefendant
COMPULINK MANAGEMENT CENTER,
INC, dba LASERFICHE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPULINK MANAGEMENT CENTER, INC., dba LASERFICHE a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAP AMERICA, INC., a Delaware Corporation; SAP AG, a German business entity; SAP Global Marketing Inc., a Delaware corporation; and Does 1 through 10;<br><br>    Defendants. | Case No. CV10-7843-JFW (Ex)<br><br>**COMPULINK MANAGEMENT CENTER, INC. DBA LASERFICHE'S OFFER OF PROOF AND RELATED MATERIALS RE EXPERT WITNESS FERNANDO TORRES**<br><br>Date:     September 2, 2011<br>Time:    10:00 a.m.<br>Judge:   Hon. John F. Walter<br>Courtroom: 16 |

Pursuant to this Court's August 29, 2011 Order ("Order"), Plaintiff Compulink Management Center, Inc. dba Laserfiche ("Plaintiff" or "Compulink") submits this Offer of Proof re Expert Witness Fernando Torres.

Attached are the following:

1. Mr. Torres' curriculum vitae;
2. Expert Report of Fernando Torres and David Drews, dated June 13, 2011;
3. Expert Rebuttal Report of Dr. John Burnett and Fernando Torres, August July 5, 2011
4. Supplemental Expert Report of Fernando Torres, dated August 19, 2011;
5. Deposition Transcript of Mr. Torres (in single-sided, mini-script format) and
6. Offer of Proof

Dated:   September 1, 2011

LAW OFFICES OF ROBERT C. WEISS

MACEIKO IP

BUCHALTER NEMER
A Professional Corporation


By: /s/ Carol A. Dwyer
   Carol A. Dwyer
   Attorneys for Plaintiff and
   Counterdefendant COMPULINK
   MANAGEMENT CENTER, INC. dba
   LASERFICHE

- 2 -