Laserfiche v. SAP America  
Damages Analysis  
June 13, 2011

CONFIDENTIAL – Attorney's Eyes Only  
Expert Report of Torres and Drews  
Page 29



**PUBLICATIONS**

- **Properly Evaluating a Target with Intellectual Property Rights**
  (Chapter 2 – *Intellectual Property Strategies for the 21st Century Corporation*, May 2011)

- **Countering the Impact of Private Label on Brand Value**
  (*Total Licensing*, Winter 2009)

- **Leveraging Software Assets via the Capital Markets**
  (Iron Mountain Service Information Library, July 2008)

- **The Intangible Assets Handbook – Maximizing Value from Intangible Assets (Co-editor)**
  (American Bar Association, March 2007)

- **Patent Valuation Techniques**
  (*les Nouvelles*, March 2007)

- **Intellectual Property Valuation Techniques**
  (*The Licensing Journal*, October 2006)

- **Calculating Questions: Accepted Approaches to Patent Valuation**
  (*Patent World*, September 2006)

- **The Secured Lender (Second Installment)**
  (www.ipfrontline.com, March 2006)

- **The Secured Lender (Parts I & II)**
  (www.ipfrontline.com, January 2006)

- **The Impact of SFAS 141 & 142 on Intangible Asset Management**
  (*The Secured Lender*, November / December 2005)

- **Intellectual Property Valuation: Context is Critical**
  (*The Secured Lender*, September 2005)

- **Intellectual Property: Collateral for Securitization or Lending**
  (*The Secured Lender*, July 2005)

- **Intellectual Property Valuation Techniques**
  (*IP Strategies in Deals 2004*, October 2004)

- **Intellectual Property Valuation** (Updated)
  (*Chapter 23 - Drafting License Agreements, Fourth Edition*, 2004 Supplement, September 2004)

© 2011 IPmetrics LLC - Dissemination is subject to the Court Protective Order.



Laserfiche v. SAP America  
Damages Analysis  
June 13, 2011

CONFIDENTIAL – Attorney's Eyes Only  
Expert Report of Torres and Drews  
Page 30

- **Valuing for Charitable Donation**
  (*Chapter 19 – Intellectual Property Valuation Primer*, July 2004)

- **Patent License Evaluation**
  (*Patent & High Technology Licensing 2004*, May 2004)

- **Intangible Asset Valuation Techniques**
  (*Intellectual Property Issues*, October 2003)

- **Leveraging Intellectual Property via the Capital Markets**
  (*Intellectual Property Issues*, September 2003)

- **Intellectual Property Valuation**
  (*Chapter 23 - Drafting License Agreements, Fourth Edition*, September 2002)

- **The Benefits of Patent Donation**
  (www.corporateintelligence.com, February 2001)

- **The Cost Approach to IP Valuation: Its Uses and Limitations**
  (www.corporateintelligence.com, January 2001)

- **Value v. Fair Market Value**
  (www.corporateintelligence.com, December 2000)

- **Situations Where Valuation Comes Into Play**
  (www.corporateintelligence.com, November 2000)

- **A-Bundling We Will Go: When It Comes to Intangible Assets, the Sum is Often Greater Than its Parts**
  (www.corporateintelligence.com, October 2000)

- **Donating Idle Patents**
  (*Patent Strategy & Management*, August 2000)

- **Giving Away Your Patents: How to Squeeze Tax Advantages from Unused IP Rights**
  (IP*Network.com, September 1999)

- **Intellectual Property - The Key to Lower Risk and Higher Margins**
  (*les Nouvelles*, June 1999)

- **An Overlooked Way to Exploit Patents**
  (*The Intellectual Property Strategist*, April 1999)

© 2011 IPmetrics LLC - Dissemination is subject to the Court Protective Order.

| Laserfiche v. SAP America | CONFIDENTIAL – Attorney's Eyes Only | |
|---|---|---|
| Damages Analysis | Expert Report of Torres and Drews |  |
| June 13, 2011 | Page 31 | |

# EXPERT WITNESS AND TESTIMONY EXPERIENCE
# OF DAVID DREWS

### Deposition and/or Trial Testimony
### January 2007 through June 13, 2011

### (Clients in Bold)

1. **Aurora World, Inc.** v. Ty, Inc.
   United States District Court
   Central District of California
   Case No. CV09-08463 MMM (Ex)
   Expert Report 2010
   Supplemental Expert Reports 2011
   Deposition Testimony 2011

2. Atlantic Inertial Systems, Inc. v. **Condor Pacific Industries of CA, Inc., et al.**
   United States District Court
   Central District of California
   Case No. 08-02947 JHN (PJWx)
   Expert Report 2010
   Deposition Testimony 2010
   Trial Testimony 2011
   Supplemental Expert Report 2011

3. **Denice Shakarian Halicki, et al.** v. Carroll Shelby, et al.
   United States District Court
   Central District of California
   Case No. 07-6859 SJO (PJWx)
   Expert Report 2008 / 2009
   Deposition Testimony 2009

4. **General Mills, Inc.** v. Kellogg Co. and Kraft Foods Global, Inc.
   United States District Court
   District of Minnesota
   Case No. 06-cv-03686 (JMR-JSM)
   Expert Report 2008
   Deposition Testimony 2008

5. Rain Corporation v. **JYP Entertainment, et al.**
   United States District Court
   District of Nevada – Reno Division
   Case No. 3:07-cv-00081-LRH-RAM
   Expert Report 2008
   Rebuttal Report 2008
   Deposition Testimony 2008

6. **ComponentOne, LLC** v. ComponentArt, Inc.
   United States District Court

© 2011 IPmetrics LLC - Dissemination is subject to the Court Protective Order.

Laserfiche v. SAP America  
Damages Analysis  
June 13, 2011

**CONFIDENTIAL – Attorney's Eyes Only**  
Expert Report of Torres and Drews  
Page 32



Western District of Pennsylvania  
Case No. 2:05-cv-01122-TFM  
Expert Report 2008  
Deposition Testimony 2008

7. **Adidas America, Inc., et al.** v. Payless Shoesource, Inc.  
   United States District Court  
   District of Oregon  
   Case No. CV01-1655 RE  
   Expert Report 2007  
   Deposition Testimony 2007  
   Trial Testimony 2008

8. Hambrecht Wine Group, L.P. d/b/a Belvedere Winery, L.P.  
   v. **Millennium Import LLC**  
   United States District Court  
   Northern District of California – San Jose Division  
   Case No. C 05-4625 JW HRL  
   Expert Report 2007  
   Deposition Testimony 2007

© 2011 IPmetrics LLC - Dissemination is subject to the Court Protective Order.

Laserfiche v. SAP America
Damages Analysis
June 13, 2011

CONFIDENTIAL – Attorney's Eyes Only
Expert Report of Torres and Drews
Page 33



# APPENDIX B
# QUALIFICATIONS OF FERNANDO TORRES

I am a member and Chief Economist at IPmetrics LLC, an IP consulting firm specializing in the strategic analysis, valuation, and expert witness assessment of the full spectrum of intangible assets.

Since 2004, Mr. Torres has applied his economics, finance and business experience, as well as skills in quantitative techniques, to the analysis and valuation of intangible assets, including valuation for transactional and litigation purposes (bankruptcy and infringement cases). Prior to joining IPmetrics, Mr. Torres served as Senior Economist at CONSOR® Intellectual Asset Management.

During recent years, Mr. Torres has undertaken projects involving the valuation and/or the assessment of infringement damages regarding copyrights, trademarks, patents, trade secrets, rights of publicity, and other intellectual assets in such industries as commercial agriculture, auto parts, apparel and footwear, retail, pharmaceuticals, entertainment, telecommunications, and non-profit organizations, among others.

Mr. Torres regularly presents on topics related to intangible asset valuation in a variety of venues, many of which qualify for CLE credit. During the past few years, Mr. Torres has been an instructor for the course "Valuing Intangible Assets for Litigation," which is part of the requirements of the Certified Forensic Financial Analyst designation issued by the National Association of Certified Valuation Analysts (NACVA).

Mr. Torres is a member of the National Association of Forensic Economics, and of the Western Economics Association International, among others. His career has spanned from academia, to branches of government, to private industry and consulting.

He first earned a B.A. in Economics from the Metropolitan University in Mexico City (1980), and went on to earn a Graduate Diploma in Economics from the University of East Anglia (U. K., 1981), and a Master of Science Degree specializing in Econometrics from the University of London, England (1982).

Prior to specializing in IP, his career centered on financial analysis and management in the private sector, having been both a brand development consultant and an entrepreneur in several business ventures, mainly in computer services and the health care industry. During the 1980s, Mr. Torres was Professor of Economics at the Metropolitan University in Mexico City, teaching Economic Policy, Economic Growth, Microeconomics, and Quantitative Methods. Mr. Torres was later a financial consultant (NASD Series 7, 63, 65) for half a dozen years with AXA Advisors LLC.

© 2011 IPmetrics LLC - Dissemination is subject to the Court Protective Order.