| | |
|---|---|
| 1 | Robert C. Weiss (State Bar No. 39929) |
|   | Law Offices of Robert C. Weiss |
| 2 | 3770 Highland Avenue, Suite 203 |
|   | Manhattan Beach, CA  90266 |
| 3 | Tel:   310.545-9854 |
|   | Fax:  310.545-9853 |
| 4 | Email: robertweiss@rcwlaw.com |
| 5 | Ted Maceiko (State Bar No. 150211) |
|   | Maceiko IP |
| 6 | 3770 Highland Ave., Suite 207 |
|   | Manhattan Beach, CA 90266 |
| 7 | Tel:   310.545.3311 |
|   | Fax:  310.545.3344 |
| 8 | Email: ted@maceikoip.com |
| 9 | Michael L. Meeks (State Bar No: 172000) |
|   | Carol A. Dwyer (State Bar No. 239769) |
| 10 | BUCHALTER NEMER |
|    | A Professional Corporation |
| 11 | 18400 Von Karman Avenue, Suite 800 |
|    | Irvine, CA  92612-0514 |
| 12 | Tel:   949.760.1121 |
|    | Fax:  949.720.0182 |
| 13 | Email:  mmeeks@buchalter.com |
|    | Email:  cdwyer@buchalter.com |
| 14 | |
|    | Attorneys for Plaintiff and Counterdefendant |
| 15 | COMPULINK MANAGEMENT CENTER, INC, dba |
|    | LASERFICHE |
| 16 | |
|    | MORGAN, LEWIS & BOCKIUS LLP |
| 17 | ROCHELLE D. ALPERT, State Bar No. 065037 |
|    | One Market, Spear Street Tower |
| 18 | San Francisco, CA 94105 |
|    | Tel:   415.442.1000 |
| 19 | Fax:  415.442.1001 |
|    | Email:  ralpert@morganlewis.com |
| 20 | |
|    | MORGAN, LEWIS & BOCKIUS LLP |
| 21 | KELL M. DAMSGAARD (*admitted pro hac vice*) |
|    | 1701 Market Street |
| 22 | Philadelphia, PA 19103-2921 |
|    | Tel:   215.963.5000 |
| 23 | Fax:  215.963.5001 |
|    | Email:  kdamsgaard@morganlewis.com |
| 24 | |
|    | MORGAN, LEWIS & BOCKIUS LLP |
| 25 | BRIAN M. HOM, State Bar No. 240055 |
|    | 300 South Grand Avenue, Twenty-Second Floor |
| 26 | Los Angeles, CA  90071-3132 |
|    | Tel:   213.612.2500 |
| 27 | Fax:  213.612.2501 |
|    | Email:  bhom@morganlewis.com |
| 28 | |

STIPULATION FOR DISMISSAL
CASE NO. 2:10-CV-7843-JFW (Ex)

Attorneys for Defendants and Counterclaim Plaintiffs
SAP AMERICA, INC. and SAP GLOBAL MARKETING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COMPULINK MANAGEMENT CENTER, INC. dba LASERFICHE,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC. SAP AG, SAP GLOBAL MARKETING, INC., and Does 1 through 10,<br><br>Defendants.<br><br>SAP AMERICA, INC. and SAP GLOBAL MARKETING, INC.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>COMPULINK MANAGEMENT CENTER, INC. dba LASERFICHE,<br><br>Counterclaim Defendant. | Case No. 2:10-CV-7843-JFW(Ex)<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY AS TO ALL PARTIES WITH PREJUDICE PURSUANT TO FRCP 41(a) AND (c)**<br><br>Assigned For All Purposes:<br>Judge John F. Walter<br><br>Complaint Filed: October 19, 2010<br>Trial Date: September 20, 2011 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant Compulink Management Center, Inc., dba Laserfiche and Defendants and Counterclaim Plaintiffs SAP America, Inc. and SAP Global Marketing, Inc., through their respective counsel, that the above-captioned action, Case No. 2:10-CV-7843-JFW (Ex), including all claims and counterclaims, be and hereby is dismissed in its entirety as to all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c). This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties. Each party shall bear its own attorneys' fees and costs.

Dated: September 8, 2011

LAW OFFICES OF ROBERT C. WEISS

MACEIKO IP

BUCHALTER NEMER
A Professional Corporation

By _____
Attorneys for COMPULINK
MANAGEMENT CENTER, INC. dba
LASERFICHE

Dated: September 8, 2011

MORGAN, LEWIS & BOCKIUS LLP

By _____
Attorneys for SAP AMERICA, INC. and
SAP GLOBAL MARKETING, INC.