JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| COMPULINK MANAGEMENT CENTER, INC. dba LASERFICHE, <br> Plaintiff, <br><br> v. <br><br> SAP AMERICA, INC. SAP AG, SAP GLOBAL MARKETING, INC., and Does 1 through 10, <br> Defendants. | Case No. 2:10-CV-7843-JFW(Ex) <br><br> **ORDER RE JOINT STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY AS TO ALL PARTIES WITH PREJUDICE PURSUANT TO FRCP 41(a) AND (c)** <br><br> Assigned For All Purposes: <br> Judge John F. Walter <br><br> Complaint Filed: October 19, 2010 <br> Trial Date: September 20, 2011 |
| SAP AMERICA, INC. and SAP GLOBAL MARKETING, INC., <br> Counterclaim Plaintiffs, <br><br> v. <br><br> COMPULINK MANAGEMENT CENTER, INC. dba LASERFICHE, <br> Counterclaim Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22650094.1

[PROPOSED] ORDER
CASE NO. 2:10-CV-7843-JFW (EX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon reading and approving of the parties' joint stipulation of dismissal with prejudice, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims and counterclaims, is hereby dismissed in its entirety as to all parties with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 9, 2011

_____
Honorable John F. Walter
UNITED STATES DISTRICT COURT
JUDGE

*Note changes made by Court

1

~~[PROPOSED]~~ ORDER
CASE NO. 2:10-CV-7843-JFW (EX)